

## Additional Information

Your Midland Credit Management, Inc. Legal Collection account number is listed below. When calling us to discuss your account, please reference your Legal Collection account number.

| Legal Collections Account Number | Original Creditor | Original Creditor Account Number | Midland Account Number | Account Balance |
|---|---|---|---|---|
| ▉ | CAPITAL ONE BANK (USA), N.A. | XXXXXXXXXXXX4227 | XXXXX8861 | $2,035.37 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Total Remaining Balance due: $2,035.37

**Important Disclosure Information:**

Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Calls to and/or from this company may be monitored or recorded.

The offer to settle these account(s) for the discount(s) offered in this letter remains open until 12/04/2020. For further information, please call one of our Account Managers at (877) 366-1252.

Mail Payments to: P.O. Box 2121 Warren, MI 48090

Mail Correspondence to: P.O. Box 2121, Warren, MI 48090